UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                   Case No. 1:25-cr-139-2

v.

                                   HON. JANE M. BECKERING

WENDELL CHRISTOPHER WELLS,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on February 9, 2026 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (ECF No. 90) is approved and adopted as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Superseding of the Indictment.

3.     The written plea agreement is hereby continued under advisement pending sentencing.

Dated: February 24, 2026                         /s/ Jane M. Beckering
                                         JANE M. BECKERING
                                         United States District Judge